UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILBY STUMPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:14-cv-01721-SEB-MJD |
| ) | |
| RANDALL SHORT IDOC Supervisor, ) | |
| ROBERT STAFFORD Offender Grievance ) | |
| Administrator, ) | |
| ) | |
| Defendants. ) | |

# E N T R Y

The plaintiff seeks reconsideration of the Entry and Judgment dismissing this case for failure to state a claim upon which relief can be granted. In the motion for reconsideration, he asserts additional facts not alleged in the complaint to support his claims. His motion for reconsideration [dkt 14] is **granted**. The Judgment is vacated and **clerk shall** reopen the action on the docket. The plaintiff shall have **through October 20, 2015**, in which to file an amended complaint.

**IT IS SO ORDERED.**

Date:   09/28/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

WILBY STUMPH
911559
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064